In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-066 CR


____________________



JONATHAN WILLIAM BROWN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 04-05-03606 CR






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Jonathan William Brown,
to withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally and counsel of record is aware of the motion. No opinion has issued
in this appeal. The motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered March 16, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.